IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Woodlow | CIVIL ACTION |
| v. | |
| NCB Management Services, Inc. | NO.: 23-cv-1821 |

O R D E R

**AND NOW**, this **25th** day of **MAY 2023**, in accordance with Local Civil Rule 40.1(c) (2), it is hereby

**ORDERED** that the above-captioned case is reassigned from the calendar of the Honorable Timothy J. Savage to the calendar of the Honorable Kai N. Scott, as related to **Lindquist v. NCB Management Services, Inc**, Civil No. 23-1236.

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

_/s/George Wylesol_____
GEORGE WYLESOL
Clerk of Court